

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re the Guardianship of Callie Lavon VanBuskirk, an Alleged Incapacitated Person, Appellant

No. 06-25-00026-CV

Appeal from the County Court of Red River County, Texas (Tr. Ct. No. G23-00098). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellants pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 27, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk